IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PATRICIA FRAZIER                                                                                              PLAINTIFF

vs.                                              Civil No. 6:13-cv-06035

CAROLYN COLVIN                                                                                            DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

On July 17, 2013, Patricia Frazier ("Plaintiff") filed this Motion to Dismiss Appeal.  ECF No. 11.  According to Plaintiff, she no longer wishes to pursue her appeal.  *Id.*  Defendant does not object to this motion.  *Id.*  The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 8.  Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Absent any pending counterclaims, a court is authorized to dismiss a case at the Plaintiff's request on the terms that the court considers proper.  FED. R. CIV. P. 41(a)(2).  Defendant has asserted no counterclaims and has not objected to this motion.  After taking into consideration said Motion, the Court finds the Plaintiff's motion should be **GRANTED** and Plaintiff's case be dismissed without prejudice.

**ENTERED this 1st day of August, 2013.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE